AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA M. Morgan ) USAO CW No. 26-143

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

Cliff Sanon
*Defendant(s)*

Case No. 26-mj-1804

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 25, 2026 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 52 U.S.C. 20511(2)(A) | fraudulently registering to vote |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

MATTHEW J MACENKA Digitally signed by MATTHEW J MACENKA Date: 2026.09.17 17:44:04 -04'00'
*Complainant's signature*

HSI SA Matthew Macenka
*Printed name and title*

Sworn to before me and signed by telephone.

Date: 9-18-26

/s/ Katayoun M. Copeland
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. Katayoun M. Copeland, U.S. Magistrate
*Printed name and title*

**26-mj-1804**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Macenka, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") assigned to the HSI Philadelphia Field Office. I have been a Special Agent with HSI for one year, prior to which I was a Special Agent with the Drug Enforcement Administration for approximately two and a half years and a Philadelphia Police Officer for approximately six and a half years.

## PURPOSE OF THE AFFIDAVIT

2. This affidavit is made in support of a criminal complaint and arrest warrant for CLIFF SANON for fraudulently registering to vote in Pennsylvania on or about February 25, 2026, in violation of 52 U.S.C. § 20511(2)(A). As described in more detail below, SANON is not a U.S. citizen; he knew that he was not a U.S. citizen at the time he registered to vote; he falsely represented that he was a U.S. citizen on his voter registration application form; and he knew at the time that he submitted his voter registration form that he was "doing something that was not legit . . . because of [his] status" as a non-citizen of the United States. Therefore, based on the facts set forth in this affidavit, there is probable cause to believe that SANON violated 52 U.S.C. § 20511(2)(A).

3. Title 52, United States Code, Section 20511(2)(A) states: "A person, . . . who in any election for Federal office . . . (2) knowingly and willfully deprives, defrauds, or attempts to deprive or defraud the residents of a State of a fair and impartially conducted election process, by (A) the . . . submission of voter registration applications that are known by the person to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held" shall be guilty of an offense." Because voter registration in Pennsylvania is "unitary," meaning

voters register for local, state, and federal elections at once, any registration in Pennsylvania necessarily creates the eligibility to vote in a federal election, regardless of whether it occurs in the same year as a federal election. *See* *United States v. Cianciulli*, 482 F.Supp. 585, 617-18 (E.D. Pa. 1979)

4. On May 19, 2026, the Commonwealth of Pennsylvania held a primary election, which included an election for candidates for United States Congress. Pursuant to both federal and state law, only United States Citizens may vote in Pennsylvania. 18 U.S.C. § 611; Pennsylvania Constitution, Article VII, Section 1.

4. This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

**PROBABLE CAUSE**

5. According to Department of Homeland Security ("DHS") databases, CLIFF SANON (DOB: 12/xx/1986) is not a U.S. citizen. Rather, he is a native and citizen of Haiti. He is assigned alien number A088646165. SANON confirmed that he knew that he was not an American citizen prior to March 2019 by filing an application for asylum and an application for withholding of removal. On March 19, 2019, the Honorable R.K. Malloy ruled in immigration court that SANON's applications for asylum, withholding of removal, and

withholding of removal pursuant to the Convention Against Torture be denied. Further, Judge Malloy ordered SANON removed to Haiti. However, Judge Malloy granted SANON's application for deferral of removal pursuant to the Convention Against Torture, and thus SANON's removal to Haiti was deferred pursuant to the Convention Against Torture.

6. In August 2026, the investigators obtained SANON's voting records for Philadelphia County from the Philadelphia City Commissioners (PCCO) and the Pennsylvania Department of State (DOS) via subpoena. The records show that SANON is an active registered voter in Philadelphia County, in the Eastern District of Pennsylvania. SANON's registration information includes his actual date of birth, a social security number ending in 5181, a residential address on North Broad Street, and a driver's license number ending in 826. All this information is consistent with SANON's biographical information.

7. Additionally, the Philadelphia County records show that SANON voted by mail in Philadelphia County in the aforementioned federal election, which occurred on November 8, 2022.

8. On the morning of September 14, 2026, I conducted a non-custodial interview of SANON with Deputy United States Marshal/HSI Task Force Agent Christopher Wuyts present, which was recorded by my HSI issued iPhone. In the interview, SANON stated that he is not a citizen. Further SANON stated that he plans to apply for adjustment of status at a later date.

9. During the interview, SANON initially denied voting in American elections, and stated that he had only registered to vote. I then informed SANON that I had records showing that he voted in the 2022 general election and asked if he remembered that, to which he replied "yes."

10. During the interview, SANON stated that he usually registers to vote through registration drives. SANON further stated that although he only voted once, he has registered "numerous" times for the process of obtaining "proof of address." When asked about the process of registering, SANON stated that it's always in person, and that afterward he gets a phone call to verify his date of birth and address and then receives his voter registration card in the mail. I asked SANON what kind of information he needed to provide in order to register to vote, and he stated he had to provide his first and last name, his address, a signature, and a phone number. When asked how many times he registered to vote this year, SANON stated that he thought only once. Records indicate that SANON registered to vote in 2026 in both February and July.

11. I asked SANON about checking the box on voter registration forms indicating that he is an American citizen, and he stated he did not remember that. I then showed him a voter registration form signed and dated February 17, 2026, and received by the PCCO on February 25, 2026. He recognized the form and stated he remembered filling it out in West Philadelphia. On this form, the yes/no box next to the question "Are you a citizen of the U.S.?" SANON checked "Yes" as reflected below:


Page 3
Pennsylvania Voter Registration Application
Use black ink
Print your name 1. Last name SANON
First name CLIFF
Jr Sr II III IV (circle if applicable)
Middle name or initial
Eligibility Are you a citizen of the U.S.? ☑ Yes ☐ No

12. When asked specifically about this box, SANON first stated he "didn't think" he checked it, and then said he "didn't see" it, and then stated "they just [] hand[ed] me a clipboard." When asked why he would have answered this question affirmatively, SANON indicated he wanted proof of his current address, and added, "but I didn't vote [in 2026]."

13. In the signature block of each registration form, the voter also provides written declaration under penalty of perjury that they are a United States citizen who is legally qualified to vote, which SANON did:



**Declaration** 11

**I declare that:**

- I am a United States citizen and will have been a citizen for at least 30 days on the day of the next election.
- I will be at least 18 years old on the day of the next election.
- I will have lived at the same address in Section 5 for at least 30 days before the election.
- I am legally qualified to vote.

I affirm that this information is true. I understand that this declaration is the same as an affidavit, and, if this information is not true, I can be convicted of perjury, and fined up to $15,000, jailed for up to seven years, or both.

Signature or mark

Print name

Today's date 2/17/26

**Help with this form** 12

Fill in if someone helped you

Name of assistant

Address

RECEIVED FEB 25 2026

14. Records received from PCCO indicate that SANON registered to vote on nine different occasions between 2022 and 2026, using his actual date of birth and, beginning in 2024, the same address on North Broad Street in Philadelphia County, including applications received on:

a. October 10, 2022,

b. May 3, 2024,

c. May 24, 2024,

d. July 26, 2024,

e. August 12, 2024,

f. September 20, 2024,

g. September 20, 2024 (2),

h. February 25, 2026, and

i. July 13, 2026.

On every registration form, SANON checked “Yes” indicating that he was a United States citizen, except for the form received by PCCO on May 3, 2024, on which he checked “No.” The

final registration form received on July 13, 2026, was an electronic registration and the record does not indicate which box was checked.

15. Regarding his involvement in fraudulent registration and voting as a non-citizen, SANON stated during the interview, "I knew I was doing something that was not legit . . . because of my status . . . I knew the rules, [but] I still did it."

16. On the afternoon of September 16, 2026, I conducted a follow up non-custodial interview of SANON with HSI Special Agent Sean Matarazzo present, which was recorded by my HSI issued body worn camera. During the interview SANON was insistent that he voted in the 2022 general election by going into a voting booth and pressing a button, rather than by mail-in ballot as reflected in the records received from PCCO. I showed SANON the application for an emergency absentee ballot and he said that the signature on the form was his. During the course of the interview SANON repeatedly admitted to having registered to vote. While I was looking through my file, SANON observed his voter registration application from September 2022 and indicated that he remembered filling it out.

**CONCLUSION**

17. Based on the above facts, there is probable cause to believe CLIFF SANON knowingly and willfully submitted a voter registration that was known to be materially false, fictitious or fraudulent under Pennsylvania law on or about February 25, 2026, in violation of 52 U.S.C. § 20511(2)(A). I therefore respectfully request an arrest warrant and criminal complaint be issued for CLIFF SANON.

*/s/ Matthew Macenka*
Matthew Macenka
Special Agent
Homeland Security Investigations

Affidavit submitted by and attested to me as true and accurate
by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3)
this 18th day of September, 2026:

/s/ Katayoun M. Copeland
HONORABLE KATAYOUN M. COPELAND
UNITED STATES MAGISTRATE JUDGE