**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA :**

**v. : CASE NO. 26-mj-1804**

**CLIFF SANON :**

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE AND SPEEDY TRIAL ACT EXCLUSION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Michelle L. Morgan, Assistant United States Attorney, files this motion for a 30-day continuance of the time within which an indictment or information must be filed in this case, and in support of this motion states as follows:

1. On September 21, 2026, defendant Cliff Sanon made his initial appearance in this matter on a criminal complaint charging him with fraudulently registering to vote, in violation of Title 52, United States Code, Section 20511(2)(A), and was released on conditions by the Honorable Caroline Goldner Cinquanto, United States Magistrate Judge for this District.

2. The Speedy Trial Act, 18 U.S.C. § 3161(b), requires that an indictment or information be filed within 30 days from the date on which the defendant was arrested, which in this case is by October 21, 2026.

3. Due to the quick-developing nature of the investigation of this matter, the defendant was arrested early in this investigation. The investigation remains ongoing. Moreover, in order to prepare this case, and to facilitate a possible early resolution of the case, counsel for the defendant and the government agree that, taking into account the exercise of due diligence, failing to grant the requested continuance would deny them reasonable time necessary for effective preparation in this matter.

4. The government has consulted with defense counsel who does not oppose a continuance of 30 days for the government to file an indictment or information.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of 30 days of the time within which to file an indictment or information in this case, that is, until **November 20, 2026**, and outweigh the best interest of the public and the defendant in a speedy trial, and therefore, the intervening time should be excluded under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Michelle L. Morgan*
Michelle L. Morgan
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CASE NO. 26-mj-1804** |
| **CLIFF SANON** | : | |

# **O R D E R**

AND NOW, this ______ day of October, 2026, the Court finds as follows:

1. On September 21, 2026, defendant Cliff Sanon made his initial appearance in this matter on a criminal complaint charging him with fraudulently registering to vote, in violation of Title 52, United States Code, Section 20511(2)(A), and was released on conditions by the Honorable Caroline Goldner Cinquanto, United States Magistrate Judge for this District.

2. The Speedy Trial Act, 18 U.S.C. § 3161(b), requires that an indictment or information be filed within 30 days from the date on which the defendant was arrested, which in this case is required by October 21, 2026.

6. Due to the quick-developing nature of the investigation of this matter, the defendant was arrested early in this investigation. The investigation remains ongoing. Moreover, in order to prepare for this case, and to facilitate a possible early resolution of the case, counsel for the defendant and the government agree that, taking into account the exercise of due diligence, failing to grant the requested continuance would deny them reasonable time necessary for effective preparation in this matter.

7. Counsel for the defendant has represented that the defendant does not oppose the government's request for a 30-day continuance.

8. Given the foregoing, the Court finds the ends of justice to best be served by granting a continuance in this matter, and that the ends of justice served by granting a continuance outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, it is hereby ORDERED that the time in which an indictment or information must be filed in the above action is continued for a period of 30 days, until **November 20, 2026**, and that this time is excluded, all pursuant to 18 U.S.C. § 3161(h)(7)(A).

**BY THE COURT:**

__________________________________
**HONORABLE SCOTT W. REID**
**United States Magistrate Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that this pleading has been served on all counsel of record through electronic filing.

Jesse Smith, Esq.
Assistant Federal Defender

*/s/ Michelle L. Morgan*
Michelle L. Morgan
Assistant United States Attorney

Dated: October 8, 2026